UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES - GENERAL</u>

Case No. CV 97-3826-WJR(Ex)                    Date July 2, 1999

Title  MUNIQUE WILLIAMS  -vs-  SHERMAN BLOCK, et al.
================================================================
DOCKET ENTRY


================================================================
PRESENT:

<u>HON. CHARLES F. EICK, MAGISTRATE JUDGE</u>


<u>    Stacey Hamilton       </u>         <u>Tape # 99-34</u>
       Deputy Clerk                       Court Reporter


ATTORNEYS PRESENT FOR PLTFS:        ATTORNEYS PRESENT FOR DEFTS:


Donald Cook                         Jim Choi
                                    Chandra Spencer



PROCEEDINGS:    PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO
                INTERROGATORIES AND REQUEST FOR PRODUCTION

        Case called.  Counsel make their appearances.  The
Court hears argument.

        Matter is taken under submission.




        cc: Judge Rea
            All Counsel of Record

                                        initials of Deputy Clerk

ENTERED ON ICMS 7/2/99