# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.   CV 97-3826-WJR(Ex)                Date:   July 2, 1999

Title:   MUNIQUE WILLIAMS v. SHERIFF SHERMAN BLOCK, etc., et al.

---

**DOCKET ENTRY**

---

**PRESENT:**

HON.   CHARLES F. EICK  , JUDGE

STACEY HAMILTON                              N/A
DEPUTY CLERK                                 COURT REPORTER

**ATTORNEYS PRESENT FOR PLAINTIFFS**        **ATTORNEYS PRESENT FOR DEFENDANTS:**


**PROCEEDINGS:**   (IN CHAMBERS)            (Page 1 of 2)


The Court has read and considered all papers filed in support of and in opposition to "Plaintiffs' Motion to Compel Further Responses to Interrogatories and Request for Production" ("the motion"), filed June 14, 1999. The Court heard oral argument on July 2, 1999.

Within 45 days of the date of this order, Defendants shall produce to Plaintiffs AJIS system data sets relevant to attempting to calculate the length of overdetentions for inmates in custody for the months of January, May, August and November for the years 1990, 1991, 1992, 1993 and 1994, and from January 1, 1995 through the present. The data sets shall be produced on computer tape in machine readable form. Defendants may redact from the information produced any personal information regarding the inmates. Personal information may include name, address, telephone number, social security number, medical information and informant status, if any. Booking numbers shall not be redacted.

This production shall be subject to a protective order restricting use of the information to use for purposes of the present litigation and the litigations described at page 14 of the "Rule 7.15.2 Stipulation, etc.," filed June 14, 1999, and restricting access to the information to Plaintiffs' counsel and Plaintiffs' experts in these litigations.

ENTERED ON ICMS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.   CV 97-3826-WJR(Ex)          Date:   July 2, 1999

Title:   MUNIQUE WILLIAMS v. SHERIFF SHERMAN BLOCK, etc., et al.

DOCKET ENTRY

PRESENT:

HON.   CHARLES F. EICK, JUDGE

STACEY HAMILTON                                    N/A
DEPUTY CLERK                                    COURT REPORTER

ATTORNEYS PRESENT FOR PLAINTIFFS          ATTORNEYS PRESENT FOR DEFENDANTS:

PROCEEDINGS:   (IN CHAMBERS)              (Page 2 of 2)

Any reasonable out-of-pocket expenses incurred in connection with retention of a COBOL programmer to retrieve computer data from the early 1990s shall be shifted from Defendants to Plaintiffs.

The Court expects that the presently ordered production will satisfy the AJIS data-related needs of counsel for Plaintiffs in the present litigation and in the litigations described at page 14 of the "Rule 7.15.2 Stipulation, etc." If counsel of record for Plaintiffs in the present litigation seek production of additional AJIS-related data in the present litigation or in any of the litigations described at page 14 of the "Rule 7.15.2 Stipulation, etc," Plaintiffs' counsel should have the burden of demonstrating changed circumstances or other good cause for the additional production.

Except as expressly stated herein, the motion is denied.

Any party seeking review of this order shall cause the preparation and filing of a transcript of the July 2, 1999 hearing.

cc:   Judge Rea
      All Counsel of Record

