BARRETT S. LITT, SBN 45527
PAUL J. ESTUAR, SBN 167764
LITT & ASSOCIATES
3435 Wilshire Blvd., Suite 1100
Los Angeles, CA 90010-1912
Telephone: (213) 386-3114
Facsimile: (213) 380-4585
Attorneys for Plaintiffs

DAVID D. LAWRENCE, SBN 123039
PAUL B. BEACH, SBN 166265
100 West Broadway, Suite 1200
Glendale, CA 91210
Telephone: (818) 545-1925
Facsimile: (818) 545-1937

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTER ON CMS
JUL 17

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUNIQUE WILLIAMS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | CASE NO.: CV 97-03826-CW<br><br>[CONSOLIDATED WITH: CV-98-02475-CW; CV-98-03187-CW; CV-98-09573-CW; CV-98-09574-CW; CV-98-09575-CW; CV-98-09683-CW; CV-98-09695-CW; CV-99-00586-CW.]<br><br>**STIPULATION TO HEARING ON ORDER APPROVING CLASS SETTLEMENT WITHOUT NEED TO FILE MOTION AND TO STATUS CONFERENCE; ORDER RE SAME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that the parties shall not be filing a separate Motion for Approval of Class Settlement in the above-captioned consolidated case. Pursuant to the terms of the Stipulated Order previously filed on May 9, 2002, the hearing

1  on the Order Approving Settlement is set for October 28, 2002, 9:00 a.m., before
2  United States Magistrate Judge Carla Woehrle in Courtroom 640 in the United
3  States District Court, Central District of California, 255 East Temple Street, Los
4  Angeles, CA 90012.
5      The parties request that the court set a status conference at its earliest
6  convenience, as some matters have arisen on which the parties believe the court
7  should have notice prior to the hearing, and some administrative and timing issues
8  would appropriately be addressed. The parties will file a Memorandum of Issues to
9  be Discussed in advance of the hearing.

11  DATED: July 11, 2002                Respectfully Submitted,

LITT & ASSOCIATES
A LAW CORPORATION

By _____
    Barrett S. Litt
    Lead Counsel for Plaintiffs

DATED: July 11, 2002                FRANSCELL, STRICKLAND,
ROBERTS & LAWRENCE

By _____
    Paul B. Beach
    Lead Counsel for Defendants

## ORDER

Good cause appearing, it is ordered that no party need file a separate Motion for Approval of Class Settlement in the above-captioned consolidated case.

A status conference is set for _July 26_, 2002, at _10_ a.m. The parties shall file their Memorandum of Issues to be Discussed by _July 22_, 2002.

DATED: July 12, 2002

_Carla M. Woehrle_
Magistrate Judge Carla Woerhle
United States District Court
Central District of California

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3435 Wilshire Boulevard, Suite 1100, Los Angeles, California 90010-1912.

On July 11, 2002, I served the foregoing document described as **STIPULATION TO HEARING ON ORDER APPROVING CLASS SETTLEMENT WITHOUT NEED TO FILE MOTION AND TO STATUS CONFERENCE; ORDER RE SAME** on the interested parties in this action by placing the true copies thereof in sealed envelopes addressed according to the attached service list.

[XX] BY MAIL

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on July 11, 2002, at Los Angeles, California.

*Julia C. White*
Julia C. White

Doc: 58615

PROOF OF SERVICE

# WILLIAMS, ET AL. V. COUNTY OF LOS ANGELES, ET AL.
## SERVICE LIST

JOHN C. BURTON, SBN 86029
LAW OFFICES OF JOHN C. BURTON
35 South Raymond Ave., Suite 405
Pasadena, CA 91105
Telephone: (626) 449-8300
Facsimile: (626) 449-4417

ROBERT MANN, SBN 48293
DONALD W. COOK, SBN 116666
ADAM J. AXELRAD, SBN 148981
MANN & COOK
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
Telephone: (213) 252-9444
Facsimile: (213) 252-0091

TIMOTHY J. MIDGLEY, SBN 123738
MANES & WATSON
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
Telephone: (213) 381-7793
Facsimile: (213) 381-0024

MARY ANNA HENLEY, SBN 50015
ATTORNEY AT LAW
2766 Santa Rosa Avenue
Altadena, CA 91001
Telephone:(626)794-9978
Facsimile:(626)794-9978

ROBERT C. MOEST, SBN 062166
LAW OFFICES OF JOHN C. BURTON
35 South Raymond Ave., Suite 405
Pasadena, CA 91105
Telephone: (626) 449-8300
Facsimile: (626) 449-4417

Attorneys for Plaintiffs

DAVID D. LAWRENCE, SBN 123039
PAUL B. BEACH, SBN 166265
FRANSCELL, STRICKLAND, et al.
100 West Broadway, Suite 1200
Glendale, CA 91210
Telephone: (818) 545-1925
Facsimile: (818) 545-1937

LLOYD W. PELLMAN, SBN 054295
LOU V. AGUILAR, SBN 053053
KEVIN C. BRAZILE, SBN 113355
OFFICE OF COUNTY COUNSEL
500 W. Temple St. #648
Los Angeles, Calif. 90012
Telephone: (213) 974-1904
Facsimile: (213) 687-7300

Attorneys for Defendants

Doc 58614 Client 1171