1  DAVID D. LAWRENCE, State Bar No. 123039
2  PAUL B. BEACH, State Bar No. 166265
   JIN S. CHOI, State Bar No. 180270
3  FRANSCELL, STRICKLAND, ROBERTS & LAWRENCE
   A Professional Corporation
4  100 West Broadway, Suite 1200
   Glendale, California 91210-1219
5  Telephone No. (818) 545-1925
   Facsimile No. (818) 545-1937

6  Attorneys for Defendants

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

NOV 24 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

2003 NOV 20  PM 2:48

LODGED

               UNITED STATES DISTRICT COURT

              CENTRAL DISTRICT OF CALIFORNIA

10

11  MUNIQUE WILLIAMS, individually     )  Case No. CV 97-3826 CW
    and as class representatives       )
12                                     )  [Consolidated with: CV-98-02475-CW;
                    Plaintiffs,        )  CV-98-03187-CW; CV-98-09573-CW;
13                                     )  CV-98-09574-CW; CV-98-09575-CW;
            vs.                        )  CV-98-09683-CW; CV-98-09695-CW;
14                                     )  CV-99-00586-CW]
    SHERIFF SHERMAN BLOCK,             )
15  individually, COUNTY OF LOS        )  Magistrate Judge Carla M. Woehrle
    ANGELES, a governmental entity;    )
16  UNDERSHERIFF JERRY HARPER,         )  [PROPOSED] ORDER PURSUANT
    ASSISTANT SHERIFF MICHAEL          )  TO FURTHER STATUS REPORT
17  GRAHAM, CHIEF BARRY KING,          )
    CHIEF BOB PASH, COMMANDER          )
18  DANIEL BURT, and DOES 1            )
    through 1000, individually, et al.,)
19                                     )
                    Defendants.        )
20                                     )

21

22        TO ALL PARTIES, ALL INTERESTED PERSONS, AND THEIR

23  COUNSEL OF RECORD:

24        The Court, having received and reviewed the Further Status Report and

25  Request for Order ("Further Status Report") from counsel for the parties and

26  the Court-appointed Class Administrator, after review of the Court's file in this

27  matter, and good cause appearing, it is hereby ordered:

28  ///

ENTERED ON ICMS

NOV 25 2003
1
CV

342

WILLIAMS1\ORDER-STATUS REPORT.2

1    The request for the Class Administrator to proceed with the processing of
2 the claims of the 609 class members as set forth in the Further Status Report is
3 GRANTED.

4    1.    With respect to the 42 of the 609 subject returned claim forms
5 which were returned with an indication that no strip search claim was being
6 made, any claim under the Court-approved settlement for a strip search is
7 hereby DENIED;

8    2.    With respect to the 195 of the 609 subject returned claim forms
9 which were returned with an indication that a strip search claim was being
10 made, all such claims under the Court-approved settlement for a strip search are
11 hereby APPROVED;

12    3.    With respect to the remaining 372 of the 609 subject claim forms
13 which were returned without an affirmative or negative indication that a strip
14 search claim was being made, within a reasonable time after entry of this
15 Order, the Class Administrator shall mail to each said class member (at the
16 address last known to the Class Administrator) a letter (in substantial form as
17 that attached as Exhibit "E" to the Further Status Report) and a supplemental
18 claim form inquiring whether said class member wishes to assert a strip search
19 claim.  Said class members shall have 60 days from the date the letter and
20 supplemental claim form are mailed by the Class Administrator to postmark the
21 return of their supplemental claim forms.  All supplemental claim forms not
22 postmarked on or before said date are hereby DENIED; those supplemental
23 claim forms postmarked on or before said date and which affirmatively indicate
24 a claim for a strip search are hereby APPROVED; and,

25    4.    The monies used to satisfy the aforementioned approved claims
26 shall come from the funds currently maintained by the Class Administrator and
27 which constitute funds from checks to class members which were not cashed
28 within six months of the date the checks were issued (i.e., October 2, 2003).

1   The balance of these monies shall be added to the *Cy Pres* Fund, as set forth in

2   the original Court-approved settlement.

3

4                            IT IS SO ORDERED.

5

6   Dated: November 24, 2003    Carla M. Woehrle

7                             Carla M. Woehrle

8                             United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

1

2   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

4        I, Debra L. Ard, am employed in the aforesaid County, State of California;
    I am over the age of 18 years and not a party to the within action; my business

5   address is 100 West Broadway, Suite 1200, Glendale, CA 91210.

6

7        On November 20, 2003, I served the foregoing **[PROPOSED] ORDER
    PURSUANT TO FURTHER STATUS REPORT** on the interested parties in

8   this action by placing a true copy thereof, enclosed in a sealed envelope,
    addressed as follows:

9

10  Barrett S. Litt, Esq.                    Class Counsel & Attorney for Plaintiffs
    Law Office of Litt & Associates
11  3435 Wilshire Blvd., Suite 1100
12  Los Angeles, CA 90010-1912

13
    Mr. Dan Rosenthal                        Class Administrator
14  Rosenthal & Company
15  35 Leveroni Court, Suite 150
    Novato, CA 94949
16

17   X    BY MAIL:  I am "readily familiar" with the firm's practice of collection
18        and processing correspondence for mailing.  Under that practice, it would
          be deposited with the U.S. Postal Service on that same day with postage
19        thereon fully prepaid at Glendale, California, in the ordinary course of
20        business.

21   X    (Federal)  I declare under penalty of perjury that the foregoing is true and
22        correct, and that I am employed in the office of a member of the bar of
          this Court at whose direction the service was made.
23

24       Executed on November 20, 2003, at Glendale, California.

25

26                                          _____

27                                          Declarant

28